# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMERICAN CUSTOMER SATISFACTION INDEX, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FORESEE RESULTS, INC., a Michigan corporation,<br><br>    Defendant. | Case No. 2:18-cv-13319-GAD-MKM |

## APPEARANCE OF COUNSEL

I am a member in good standing of the State Bar of Georgia, authorized to practice in this Court, and appear in this case as counsel for Defendant Foresee Results, Inc.

Respectfully submitted this 17th day of July, 2019.

**MEUNIER CARLIN & CURFMAN LLC**

/s/   Stephen M. Schaetzel
Stephen M. Schaetzel
Georgia Bar No. 628653
*sschaetzel@mcciplaw.com*
Robert J. Leonard
Georgia Bar No. 303694
*rleonard@mcciplaw.com*
999 Peachtree Street NE, Suite 1300
Atlanta, Georgia 30309
Telephone: (404) 645-7700
    *Counsel for Defendant*