UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN CUSTOMER SATISFACTION
INDEX, LLC,

        Plaintiff,                     Case No. 18-cv-13319

v.                                     Hon. Gershwin A. Drain

FORESEE RESULTS, INC.,

        Defendant.

_____/

CFI GROUP USA LLC,

        Plaintiff,

v.                                     Case No. 19-cv-12602
                                     Hon. Gershwin A. Drain

VERINT AMERICAS INC., d/b/a
ForeSee Results and successor-in-
interest to ForeSee Results, Inc.,

        Defendant.

_____/

## ORDER ADJOURNING HEARING AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE

The instant actions have been consolidated for purposes of discovery.

Currently pending in both actions are the parties' motions to exclude expert

testimony and reports.  *See* Dkt. Nos. 82, 83, 84, 86, 87, 88 and 91 in case number

18-13319; *see also* Dkt. Nos. 58, 59, 60, 61, 62, 64, 65, 66, in case number 19-

12602.  Upon review of the parties' briefing, the Court finds supplemental briefing is warranted so that the parties can address how the Court's summary judgment decision impacts the issues in the parties' *Daubert* motions.

Accordingly, the hearing set for June 17, 2022 is HEREBY ADJOURNED to July 27, 2022 at 3:00 p.m.

The parties' opening supplemental briefs are due no later than July 1, 2022.

The parties' responsive supplemental briefs are due no later than July 15, 2022.

The length of the parties' brief may not exceed 25 pages.

SO ORDERED.


Dated:  June 13, 2022                                    /s/Gershwin A. Drain
                                                        GERSHWIN A. DRAIN
                                                        United States District Judge

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
June 13, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager
