UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

American Customer Satisfaction
Index, LLC,

                Plaintiff(s),

v.                                         Case No. 2:18–cv–13319–GAD–APP
                                          Hon. Gershwin A. Drain

Foresee Results, Inc.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

        Motion in Limine – #191
        Motion in Limine – #192
        Motion to Seal – #205

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gershwin A. Drain **without** oral argument.

Courtesy copies are not required.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: <u>s/T McGovern</u>
                                                     Case Manager

Dated:  March 14, 2023